Robert J. Kipnees, Esq.
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
*Attorneys for Defendant Boro-Wide Recycling Corp.*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES of the LOCAL 813 PENSION TRUST FUND and LOCAL 813 and LOCAL 1034 SEVERANCE AND RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ATLAS SANITATION CO., INC., BORO-WIDE RECYCLING CORP., ABC CORPORATIONS 1-10, and XYZ CORPORATIONS 1-10,<br><br>Defendants. | Civil Action No. 14-cv-05467-PKC-VVP<br><br>**DISCLOSURE STATEMENT**<br>**Pursuant to Fed. R. Civ. P. 7.1**<br><br>(Document Electronically Filed) |

The undersigned counsel for Defendant Boro-Wide Recycling Corp. ("Boro-Wide") certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: Roseland, New Jersey
       December 2, 2014

Respectfully submitted,

LOWENSTEIN SANDLER LLP

By: */s/ Robert J. Kipnees*
    Robert J. Kipnees
    rkipnees@lowenstein.com
    65 Livingston Avenue
    Roseland, New Jersey 07068-1791
    Tel.: (973) 597-6220
    Fax: (973) 597-6221

*Attorneys for Defendant Boro-Wide Recycling Corp.*